IN THE CIRCUIT COURT OF WASHINGTON COUNTY, ARKANSAS
4TH CIRCUIT DIVISION 1

<u>CLELIA BLACK ET AL V SAFECO INSURANCE COMPANY</u>

72CV-22-1586

**SUMMONS**

**THE STATE OF ARKANSAS TO DEFENDANT:**

SAFECO INSURANCE COMPANY OF ILLINOIS
c/o Corp. Service Company
300 Spring Building, Suite 900
300 S. Spring Street
Little Rock, AR  72201

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint.  Within 30 days after service of this summons on you (not counting the day you received it) - or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas - you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

Richard Elliott
P.O. Box 9090
Fayetteville, AR  72703

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

Additional notices:

Address of Clerks Office

KYLE SYLVESTER, CIRCUIT CLERK
CIRCUIT COURT OF WASHINGTON COUNTY
280 NO. COLLEGE, #302
FAYETTEVILLE, AR  72701

CLERK OF COURT

*Tyra Marsh*

DEPUTY CLERK TYRA A MARSH, DC

Date: 07/07/2022

No. 72CV-22-1586 This summons is for SAFECO INSURANCE COMPANY OF ILLINOIS (name of Defendant).

PROOF OF SERVICE

❏ On _____ [date] I personally delivered the summons and complaint to the defendant at _____ [place]; or

❏ After making my purpose to deliver the summons and complaint clear, on _____ [date] I left the summons and complaint in the close proximity of the defendant by _____ [describe how the summons and complaint was left] after he/she refused to receive it when I offered it to him/her; or

❏ On _____ [date] I left the summons and complaint with _____, a member of the defendant's family at least 18 years of age, at _____ [address], a place where the defendant resides; or

❏ On _____ [date] I delivered the summons and complaint to _____ [name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____ [name of defendant]; or

❏ On _____ [date] at _____ [address], where the defendant maintains an office or other fixed location for the conduct of business, during normal working hours I left the summons and complaint with _____ [name and job description]; or

❏ I am the plaintiff or an attorney of record for the plaintiff in a lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

❏ I am the plaintiff or attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

❏ Other [specify]:
_____

❏ I was unable to execute service because:
_____
_____

My fee is $ _____.

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____          SHERIFF OF _____ COUNTY, ARKANSAS

By: _____
[Signature of server]

_____
[Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____          By: _____
[Signature of server]

_____
[Printed name]

Address: _____
_____

Phone: _____

Subscribed and sworn to before me this date: _____

_____
Notary Public

My commission expires: _____

Additional information regarding service or attempted service:
_____
_____

ELECTRONICALLY FILED
Washington County Circuit Court
Kyle Sylvester, Circuit Clerk
2022-Jul-07  15:47:19
72CV-22-1586
C04D01 : 4 Pages

IN THE CIRCUIT COURT OF WASHINGTON COUNTY, ARKANSAS

CLELIA BLACK and
MARK BLACK, Husband and Wife                                                                    PLAINTIFF

vs.                                         NO. 72CV-22-_____

SAFECO INSURANCE
COMPANY OF ILLINOIS                                                                              DEFENDANT

## COMPLAINT AT LAW

COMES NOW the Plaintiffs herein, Clelia Black and Mark Black, and for their Complaint against the Defendant, Safeco Insurance Company of Illinois, states and alleges as follows:

1.  That the Plaintiffs, Clelia Black and Mark Black, are residents of Springdale, Washington County, Arkansas, and a Citizens of Arkansas.

2.  That this action arose out of an underinsured motorist claim under an insurance policy issued by Safeco Insurance Company of Illinois, which was issued and purchased in Washington County, Arkansas.

3.  That Safeco Insurance Company of Illinois (hereinafter referred to as "Safeco") is authorized to do business in the state of Arkansas and its registered agent is Corporation Service Company, 300 Spring Building, Suite 900, 300 S. Spring Street, Little Rock, AR 72701.

4.  That this Court has jurisdiction over this matter and venue is proper.

5.  That Clelia Black and Mark Black purchased a liability insurance policy, Policy No. F3047372 from Safeco. That said policy was in full force and effect on February 15, 2019.  That said policy further provided for underinsured motorist coverage with limits of $100,000.00 per person.  That attached hereto and incorporated by reference is a copy of the Plaintiff's automobile

policy declarations page with Safeco. That Plaintiffs do not have a copy of the insurance contract but will request in discovery and will amend this lawsuit.

6. That on or about February 15, 2019, Clelia Black was driving south on Highway 112 in Springdale, Arkansas. At that same time, Jeremiah Widdoes was also driving south on Highway 112, directly behind Clelia Black. Clelia Black slowly brought her vehicle to a stop to turn left onto Deering Road. Jeremiah Widdoes failed to keep a proper lookout and violently crashed into the rear of Clelia Black's vehicle with no attempt at braking.

7. That the above-described wreck was proximately caused by the negligence of a third party, Noah Epstein, said negligence being:

a. Driving in a careless and erratic manner in violation of A.C.A. §27-51-104;

b. Driving in an inattentive manner in violation of A.C.A. §27-51-104(b)(8);

c. Failure to keep a proper lookout in violation of A.C.A. §27-51-104(a)

d. Failure to yield to a forward vehicle;

e. Failure to maintain control of his vehicle in violation of A.C.A. §27-51-104(a); and

f. Driving at a speed that is greater than reasonable in violation of A.C.A. §27-51-201.

8. That Jeremiah Widdoes was insured by Equity Insurance Company under an insurance policy that had limits of $25,000.00. That on or about December 9, 2020, Safeco offered the policy limits of $25,000.00 in full settlement of the claim against Jeremiah Widdoes.

9. That further, on December 15, 2020, Safeco gave permission to settle with the tortfeasor and waived all requirements of Arkansas Code Annotated § 23-89-209(C).

10. That the damages sustained by Clelia Black and Mark Black exceeded the $25,000.00 limits and therefore, Clelia Black and Mark Black are entitled to damages from Safeco

under the underinsured motorist portion of the policy, for the damages that are over and above the policy limits of $25,000.00 paid by Equity on behalf of its insured, Jeremiah Widdoes.

11. That as a proximate result of the negligence of Jeremiah Widdoes, the Plaintiff, Clelia Black, has incurred pain, suffering, and mental anguish in the past and will continue to incur pain and suffering and mental anguish in the future; has incurred medical bills in the past and will continue to incur medical bills in the future; has incurred a loss of earnings and earning capacity; has incurred permanent injury and is entitled to compensation for the nature, extent, duration, and permanency of the injury, all of which said damages exceeding $125,000.00 for which the Plaintiff is entitled to judgment against Safeco in the amount of the policy limits of $100,000.00.

12. That at the time of the wreck and continuously since that date, Clelia Black has been married to Mark Black. That as a result of the injuries to Clelia Black, her husband, Mark Black, has incurred loss of relationship, society, and companionship and therefore, is entitled to damages for loss of consortium.

13. That further, the Plaintiffs are entitled to a 12% penalty and attorney fees pursuant to Arkansas Code Annotated § 23-79-208.

14. THAT PLAINTIFFS DEMANDS TRIAL BY JURY.

WHEREFORE, PREMISES CONSIDERED, the Plaintiffs, Clelia Black and Mark Black, pray for judgment against Safeco, in an amount of $100,000.00, for a 12% penalty and attorney fees, and for their costs and any and all other relief to which this Court may find them entitled.

CLELIA BLACK and MARK BLACK,

3

PLAINTIFFS


By: ___/s/ Richard Elliott_____
RICHARD ELLIOTT, ABA #2011183
ELLIOTT & SMITH LAW FIRM
4302 North Waterside Court
P.O. Box 9090
Fayetteville, AR  72703
(479) 587-8423
(479) 575-0039 – fax
relliott@elliottsmithlaw.com